352



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

May 1, 1939

Hon. J. B. Keith, Chairman
Board of Pardons & Paroles
Austin, Texas

0-689

Dear Sir:

Opinion No. 689
Re: Insanity of prisoner as affect-
ing commutation of death sentence.

By your letter of April 24th, you asked the opinion of this Department upon the following question:

"May the Board of Pardons and Paroles recommend and the Governor grant a commutation of the death sentence of Pete McKenzie, now adjudged insane and confined in the penitentiary?"

You refer to our opinion of January 11, 1939. The question you now present was not discussed in that opinion, since the question presented by you at that time had to do solely with the procedure to be followed in trying the issue of sanity in the event of a commutation of the death sentence.

The insanity of McKenzie has no affect upon the authority of the Board of Pardons and Paroles to recommend and the Governor to grant a commutation of his death sentence to that of life imprisonment. A pardon, particularly a conditional pardon, requires the consent of the convict before it becomes effective, and an insane convict is incapable of giving his consent. However, "a commutation is the substitution of a less for a greater punishment, by authority of law, and may be imposed upon the convict without his acceptance, and against his consent." (20 Ruling Case Law 550; Biddle vs. Perovich, 274 U. S. 480).

Trusting that this will satisfactorily answer your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By R. W. Fairchild

R. W. Fairchild
Assistant

RWF:FBP

APPROVED:

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS